IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERTA LONOAEA, Individually and as Guardian for RONNIE J. LONOAEA, an Incapacitated Person,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CORRECTIONS CORPORATION OF AMERICA; JOHN D. FERGUSON, JIMMY TURNER; ANTHONY GRANDE; STATE OF HAWAII DEPARTMENT OF PUBLIC SAFETY; DOE DEFENDANTS 1- 100 and DOE ENTITIES 1-100 ,<br><br>　　　　Defendants.<br>_____ | CIVIL NO. 07-00369 JMS-KSC |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

　　　　Findings and Recommendation having been filed and served on all parties on October 30, 2007, and no objections having been filed by any party,

　　　　IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the

\\\

\\\

\\\

"Findings and Recommendation To Grant Defendants' Motion To Transfer" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November 20, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Lonoaea v. Corrections Corporation of America, et al.*, Civ.No. 07-369 JMS-KSC; Order Adopting Magistrate's Findings and Recommendations